**S. S. Borden Company, appellee, v. A. Chapman, appellant. Gen. No. 28,412.**

Statement of claim arising out of transactions of predecessor in business. Liability denied. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. William R. Fetzer, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1923. Affirmed. Opinion filed December 10, 1923.

Berkman, Reagh & Severin, for appellant. No appearance for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

**Marcus Blumenthal, appellee, v. Alfonso Dubossi, appellant. Gen. No. 28,422.**

Motion to vacate default of defendant in action for possession of premises upon expiration of lease. Motion denied. Appeal from the Municipal Court of Chicago; the Hon. Arnold Heap, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1923. Affirmed. Opinion filed December 10, 1923.

Fred W. Story, for appellant. Baldwin & Oberg, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

**Atlas Copper & Brass Manufacturing Company, appellee, v. J. C. Morris, sued as J. C. Morse, appellant. Gen. No. 28,431.**

Claim for goods sold and delivered and labor and material furnished. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John A. Bugee, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1923. Affirmed. Opinion filed December 10, 1923.

Alonzo M. Griffen, for appellant. No appearance for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

**A. C. Flynn Heating Company, appellant, v. Delie Hoey, appellee. Gen. No. 28,440.**

Breach of contract for installation of heating plant. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. John J. Rooney, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1923. Affirmed. Opinion filed December 10, 1923.

Frisch & Frisch, for appellant; Douglas C. Gregg, of counsel. Cannon & Poage, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.